COMPANY: State Farm

CLAIM # 53-164M-261

INSURED: Sherwood Partnership
ADDRESS: 2417 Yellowhammer
McAllen, Texas 78504

## AWARD

We, the undersigned, pursuant to the within appointment, DO HEREBY CERTIFY that we have truly and conscientiously performed the duties assigned determined and do hereby award as the Actual Cash Value and the Replacement Cost Value of said property damaged by __Wind / Hail__

Item __Dwelling__           $10,944.26

Item __Other Structures__   $NA

Item ____

Item ____

Item ____

ACTUAL CASH VALUE    $10,156.47

TOTAL AMOUNT OF LOSS  $10,944.26

SPECIAL PROVISIONS:
1. Subject to policy provisions and deductible
2. Less any previous payments per this claim
3. Policy coverage to be addressed by others

Witness our hands this __21th__ day of __January__, __2016__.

Shannon Cook                                              _____ APPRAISER

Darrell Edwards      6/5/2017   _Darrell Edwards_ APPRAISER

Cecil Parker                     _[signature]_ UMPIRE

EXHIBIT B-5